UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 5:19-cr-00001 |
| : | |
| DAVID COOPER, : | |
| Defendant : | |

**O R D E R**

**AND NOW**, this 24th day of August, 2021, upon consideration of the Government's *limine* motions and for the reasons set forth in the Opinion issued this date,[1] **IT IS ORDERED THAT**:

1. The Government's Motion in Limine to Admit Other Bad Acts, ECF No. 86, is **Granted in Part and Denied in part**. Consistent with the restrictions discussed in the Opinion:

    A. The Motion is granted as to Cooper's letter to Saunders dated July 23, 2015, including the references therein to his incarceration, and this evidence is admissible upon the Government laying a proper foundation at trial.

    B. The Motion is denied to the extent the Government seeks a pretrial admissibility ruling on Cooper's unexplained wealth and failure to file tax returns.

2. The Government's Motion in Limine under Rule 609, ECF No. 87, is **Granted in Part and Denied in part**. Consistent with the restrictions discussed in the Opinion:

    A. Evidence regarding Cooper's prior drug conviction in 2006 is admissible as impeachment evidence.

    B. A decision as to the admissibility of the 1993 and 1996 convictions is deferred until the time of trial.

3. All rulings are made without prejudice to counsel's ability to their requests at the time of trial should additional evidence alter this Court's balancing determination.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] This Order relates only to the motions as they apply to Cooper because the motions are moot as to Saunders and Andino.